PHILLIP A. TALBERT
Acting United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-0001-KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JULIUS RUCKS, | DATE: November 15, 2021 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 15, 2021.

2. By this stipulation, the defendant now moves to continue the status conference until December 13, 2021, and to exclude time between November 15, 2021, and December 13, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes photographs, reports, and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

///

    b)     Counsel for the defendant desires additional time to review the evidence, conduct independent factual investigation, research sentencing issues and enhancements, consider resolution options, consult with his client about these matters, and otherwise prepare for trial.

    c)     Counsel for the defendant is also working with the state court to unseal a warrant related to this case, and expects to get that unsealed in early December 2021, and will need time to review that and consider how it impacts the case.

    d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e)     The government does not object to the continuance.

    f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 15, 2021 to December 13, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 5, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ CAMERON L. DESMOND
CAMERON L. DESMOND
Assistant United States Attorney

Dated: November 5, 2021

/s/ Tamara Soloman
Tamara Soloman
Counsel for Defendant
Julius Rucks

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED. The status conference set for November 15, 2021, is VACATED and RESET for December 13, 2021, at 9:00 a.m., and time between November 15, 2021, and December 13, 2021, is excluded under Local Code T4.

Date: November 10, 2021

CHIEF UNITED STATES DISTRICT JUDGE