UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:20-cr-00001-KJM-1 |
| Plaintiff, | ORDER |
| v. | |
| Julius Rucks, | |
| Defendant. | |

The court has reviewed the parties' positions in their Joint Status Report (JSR), ECF No. 107, and **grants** defendant's request to extend the evidentiary hearing to two additional issues. The evidentiary hearing set for August 28, 2023 will be confined to the taking of evidence related to three issues. First, evidence relevant to the government's formal objection to the Presentence Report (PSR), asking the court to apply a four-level increase under U.S.S.G. § 2D1.1(b)(13) for knowingly misrepresenting or marketing as another substance a mixture or substance containing fentanyl. *See* JSR at 1–2; Obj. to PSR, ECF No. 91. Second, evidence relevant to whether and to what extent the Confidential Source (CS) initiated Mr. Rucks into fentanyl distribution and the manufacturing of fentanyl pills. *See* JSR at 2–7. Third, evidence relevant to the drug weight to use in calculating the offense level. *See* JSR at 10–14. Because the court has already heard oral argument regarding Mr. Rucks' contention the court should disregard

1

the suppressed evidence counsel will not be permitted to use the evidentiary hearing to elicit evidence related to those legal arguments.

The evidentiary hearing will begin following the August 28, 2023 criminal law and motion calendar, with the parties having the balance of the court time that day to present evidence and argument on these three issues.

IT IS SO ORDERED.

DATED: July 13, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE