PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
DAVID W. SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>                     v.<br><br>JULIUS RUCKS,<br><br>                      Defendant. | CASE NO. 2:20-CR-001-KJM<br><br>ORDER DISMISSING COUNTS FOUR AND FIVE OF THE SUPERSEDING INDICTMENT |
|---|---|

For the reasons set forth in the motion to dismiss filed by the United States, IT IS HEREBY ORDERED that Count Four and Count Five of the Superseding Indictment (ECF No. 28) are hereby DISMISSED.

DATED: August 30, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE